**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

In re:  **WALTER REDDY**                        Chapter 13
                                                Case No.: 16-50689
            Debtor

**OBJECTION TO ALLLOWANCE OF CLAIM**

Walter Reddy, the above named debtor, objects to the allowance of the claim of Deutsche Bank National Trust Co. et al, c/o Specialized Loan Servicing LLC 8742 Lucent Blvd, Suite 300 Highlands Ranch, Colorado 80129 filed herein in the amount of $870263.23 on October 11, 2016 upon the following grounds:

The debtor is not indebted to said claimant. The debtor sent a First Notice of Dispute to Specialized Loan Servicing, LLC under my rights under the Fair Debt Collection Practices Act, Truth In Lending Act, RESPA and /or without limitation other Federal and State Laws and Codes., disputing the alleged debt noticed in the above mentioned proof of claim. The original Request For Validation of Alleged Debt was received by Specialized Loan Servicing, LLC (SLS), on January 7, 2016, via USPS Certified Mail (Certified Mail #7015 0640 0002 4778 1192). To date SLS has not supplied the demanded proof. On July1, 2016, via USPS Certified Mail (Certified Mail #7016 0600 0001 0046 8278) SLS received my Second Letter and Notice entitled Notice Of Fault And Opportunity To Cure And Perform, dated June 27, 2016. All such stated Letters/Notices were caused to be sent to SLS by USPS Certified Mail; proof of delivery has been confirmed. Following Two written communications (requests/demands) and continual disputes, compliance has not been met with respect to the validation and its complete demands. On August 4, 2016 I sent SLS a Notice Of Termination Of Rights wherein SLS was noticed that the failure of SLS to cure the fault as presented, has caused SLS through its silence to waive any and all claims against Walter Reddy. As a result of the quietus of SLS, the Federal and Common law allowed me to presume that SLS was unable and or desired not to validate the alleged debt with Deutsche Bank National Trust Company, As Trustee for Morgan Stanley Mortgage Loan Trust 2005-10, Mortgage Pass-Through Certificates, Series 2005-10 (Alleged "Creditor") Loan No. 1011236673 and the matter was closed and the alleged debt invalid and void. Specialized Loan Servicing, LLC (SLS), its agents and assign are now attempting to collect on an invalid, unverifiable and void alleged debt and are legally stopped from maintaining collection of the void and expunged original alleged and disputed debt, note, loan and security instrument as stated above pursuant, but not limited to 15 USC Sec 1692g(b). On August 12, 2016 SLS was sent a Notice of Non-compliance To Validation Request and Order to Cease & Desist Collection On Alleged Mortgage Loan with Deutsche Bank National Trust Company, As

Trustee for Morgan Stanley Mortgage Loan Trust 2005-10, Mortgage Pass-Through Certificates, Series 2005-10 (Alleged "Creditor") Loan No. 1011236673. That Notice and Letter served as official legal notification that the above mentioned entity has failed to respond and comply fully with the First Notice Of Dispute and Request For Validation of Alleged Debt for Walter Reddy, III dated December 28, 2015. It further stated that SLS received my Request For Validation via certified mail on January 7, 2016 (USPS Certified Mail #7015 0640 002 4778 1192) and to that date, more than Six Months have passed since the expiration of the original Thirty Day Validation Period on February 6, 2016. Specialized Loan Servicing, LLC (SLS) was obligated to provide me with the requested documentation and answers should they have wished to carry on collection activities. The company declined to supply the legally demanded proof of the alleged debt within the required Thirty Day time allowed. Under the doctrine of Estoppel By Silence, Englehart vs Gravens (Mo) 281 SW 715, 719, I presumed that there is no proof of the alleged debt and or it has elected for me not to have and see such required proof, hence, therefore no such debt in fact legally exists.

WHEREFORE, the Debtor respectfully requests that said claim of Deutsche Bank National Trust Co. et al, c/o Specialized Loan Servicing LLC 8742 Lucent Blvd, Suite 300 Highlands Ranch, Colorado 80129 be disallowed and that it have such further and other relief as is just.

Dated: November 9, 2016

THE DEBTOR

BY _Walter Reddy III_
Walter Reddy, III
16 Briar Oak Drive
Weston, CT 06883
Tel: (203) 644-2525

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

IN RE: Walter B. Reddy             CASE NUMBER: 16-50689
                                   CHAPTER: 13
DEBTOR(S)

## CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the 9th day of November, 2016, the following documents were served on the U.S. Trustee and all appearing parties via the Court's electronic filing system or, by first class mail on the parties listed in section 2 below.

1. Documents Served:

   1. Objection to Allowance of Claim
   2. Proposed Order
   3. Notice of Contested Matter Response Date

2. Parties Served Via First Class Mail:

   1. Business Entity:   Deutsche Bank National Trust Company et al
                         c/o Specialized Loan Servicing LLC
                         8742 Lucent Boulevard, Suite 300
                         Highlands Ranch, CO 80129


                                      THE MOVANT,
                                      BY _____
                                         Walter B. Reddy
                                         16 Briar Oak Drive
                                         Weston, CT 06883
                                         Tel: (203) 644-2525

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT**

IN RE: Walter B. Reddy                         CASE NUMBER: 16-50689
                                                              CHAPTER: 13

DEBTOR(S)

**NOTICE OF CONTESTED MATTER RESPONSE DATE**

      Walter Reddy, the ("Movant") has filed an Objection To Allowance Of Claim, (the "Contested Matter") with the U. S. Bankruptcy Court. Notice is hereby given that any response to the Contested Matter must be filed with the Court no later than December 1, 2016*, in accordance with Federal Rules of Bankruptcy Procedure 2002(a) and 9014. In the absence of a timely response, the proposed order in the Contested Matter **may** enter without further notice and hearing, *see, 11 U.S.C. section 102(1)*.


Dated: November 9, 2016                        THE MOVANT,

                                                   BY  /s/ Walter Reddy
                                                       Walter B. Reddy
                                                       16 Briar Oak Drive
                                                       Weston, CT 06883
                                                       Tel: (203) 644-2525


*Pursuant to Federal Rules of Bankruptcy Procedure 9006(f), if service is made by mail, three days are added after the response date is set for notice.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

In re:  Walter B. Reddy                                              Chapter 13
                                                                     Case No.: 16-50689
       Debtor

## PROPOSED ORDER

The objection of Walter B. Reddy, the above named debtor, to the allowance of the claim of Deutsche Bank National Trust Co. et al, c/o Specialized Loan Servicing LLC 8742 Lucent Blvd, Suite 300 Highlands Ranch, Colorado 80129, filed herein in the amount of $870263.73, having been heard on and due notice of hearing having been given by to said claimant, it is hereby:

ORDERED that said claim of Deutsche Bank National Trust Co. et al, c/o Specialized Loan Servicing, LLC, filed herein in the amount of $870263.73 be and it is hereby disallowed.