UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

IN RE:  )
) CASE No.    16-50689 (JAM)
WALTER B. REDDY,  )
) CHAPTER    7
DEBTOR.  ) RE: ECF No.    33, 54
)

## ORDER SUSTAINING THE OBJECTION TO
## CLAIMS 1 AND 2 OF NAVIENT SOLUTIONS, INC.

A hearing was held on December 20, 2016, on Walter B. Reddy's (the "Debtor") Objection to Navient Solutions, Inc.'s Claims 1 and 2 (ECF No. 33). The Debtor appeared *pro se*, and no one appeared on behalf of Navient Solutions, Inc. ("Navient Solutions"). After the December 20, 2016, hearing, the Court Ordered (ECF No. 54), that on or before January 30, 2017, Navient Solutions shall file on the docket, and serve by mail on the Debtor, a full accounting of the debt purportedly owed by the Debtor. Navient Solutions failed to file anything on the docket. Accordingly, it is hereby

**ORDERED**: The Objection to Navient Solutions' Claims 1 and 2 is **SUSTAINED**; and it is further

**ORDERED:** The Clerk's Office is directed to serve this Order on Mr. Walter B. Reddy by certified mail at 16 Briar Oak Drive, Weston, CT, 06883; and it is further

**ORDERED:** The Clerk's Office is directed to serve this Order on Navient Solutions by certified mail.

DATED:  February 21, 2017

Julie A. Manning
Chief United States Bankruptcy Judge
District of Connecticut